ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANIBAL HERNANDEZ SANTANA, <br><br> Defendant. | CASE NO.  2:25-CR-00230-DAD <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> DATE: Nov. 17, 2025 <br> TIME: 9:30 a.m. <br> COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Anibal Hernandez Santana, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on November 17, 2025.

2. By this stipulation, the defendant now moves to continue the hearing until June 1, 2026, and to exclude time between November 17, 2025, and June 1, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has produced over 1,500 pages of discovery in this matter under a protective order.  Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

      b)      There are pending state court charges against the defendant. On November 12, 2025, the state has filed a writ ad prosequendum to request the transfer of the defendant to state custody. The defendant and the United States do not oppose the transfer.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2025, to June 1, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 13, 2025                          PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ ELLIOT C. WONG
                                                  ELLIOT C. WONG
                                                  Assistant United States Attorney

Dated: November 13, 2025

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
ANIBAL HERNANDEZ SANTANA

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case previously scheduled for November 17, 2025, is continued to June 1, 2026, at 9:30 a.m. and time is excluded between November 17, 2025, and June 1, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated:  **November 13, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

.