ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANIBAL HERNANDEZ SANTANA,<br><br>                    Defendant. | CASE NO.  2:25-CR-00230-DAD<br><br>ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: June 1, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

STIPULATION AND ORDER

1

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Anibal Hernandez Santana, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status hearing on June 1, 2026.

2.      By this stipulation, the defendant now moves to continue the hearing until December 7, 2026, and to exclude time between June 1, 2026, and December 7, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The United States has produced over 1,500 pages of discovery in this matter under a protective order.  Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

b)      There are pending state court charges against the defendant, and the defendant is currently in state custody, pursuant to a writ ad prosequendum.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2026, to December 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION AND ORDER

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 27, 2026                                  PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ ELLIOT C. WONG
                                                     ELLIOT C. WONG
                                                     Assistant United States Attorney


Dated:  May 27, 2026                                  /s/ MARK REICHEL
                                                     MARK REICHEL
                                                     Counsel for Defendant
                                                     ANIBAL HERNANDEZ SANTANA


                                    **ORDER**

        Pursuant to the stipulation of the parties and good cause appearing, the status conference currently scheduled for June 1, 2026, is continued to December 7, 2026, at 9:30 a.m. and time is excluded between June 1, 2026, and December 7, 2026, under Local Code T4.

        IT IS SO ORDERED.

Dated:    **May 27, 2026**                    _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER                                    3