ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANIBAL HERNANDEZ SANTANA,

Defendant.

CASE NO. 2:25-CR-00230-DAD

ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

DATE: December 7, 2026
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Anibal Hernandez Santana, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on December 7, 2026.

2. The Court notified the parties that the Court has a scheduling conflict on December 7, 2026.

3. By this stipulation, the defendant now moves to continue the hearing until January 11, 2027, and to exclude time between December 7, 2026, and January 11, 2027, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The United States has produced over 1,500 pages of discovery in this matter under a protective order. Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with his client, explore potential defenses, and otherwise prepare for trial.

b) There are pending state court charges against the defendant, and the defendant is currently in state custody, pursuant to a writ ad prosequendum.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2026, to January 11, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 19, 2026

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 19, 2026

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
ANIBAL HERNANDEZ SANTANA

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled in this case for December 7, 2026, is continued to January 11, 2027, at 9:30 a.m. and time is excluded between December 7, 2026, and January 11, 2027, under Local Code T4.

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE